# United States Bankruptcy Court
## District of Delaware

### Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bayview Development LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-1695920** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**117 Atlantic Avenue**<br>**Ocean View, DE**<br>ZIP Code **19970** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Sussex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **117 Atlantic Avenue**<br>**Ocean View, DE 19970** |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Bayview Development LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) □ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

□ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

□ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

□ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

□ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

□ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

□ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

□ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

□ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

□ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Bayview Development LLC** |
|---|---|

<b>Signatures</b>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ WILLIAM F. JAWORSKI, JR.**
Signature of Attorney for Debtor(s)

**WILLIAM F. JAWORSKI, JR. 3103**
Printed Name of Attorney for Debtor(s)

**LAW OFFICE OF WILLIAM F. JAWORSKI**
Firm Name

**1274 S. Governors Ave.**
**Dover, DE 19904**

_____
Address

        **Email: wjaworski@wfjlaw.com**
**(302) 730-8511  Fax: (302) 730-8510**
Telephone Number

**September 1, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ M. Kathleen Ott**
Signature of Authorized Individual

**M. Kathleen Ott**
Printed Name of Authorized Individual

**Vice President & Member**
Title of Authorized Individual

**September 1, 2009**
Date

# United States Bankruptcy Court
## District of Delaware

In re    **Bayview Development LLC**            Case No.            

         Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,201.00 |
| Prior to the filing of this statement I have received | $ | 3,201.00 |
| Balance Due | $ | 0.00 |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **IF DEBTOR OWNS REAL PROPERTY AND IS RETAINING THE PROPERTY, AN ADDITIONAL APPROXIMATELY $70.00 WAS PAID TO THE UNDERSIGNED TO PAY OLD REPUBLIC TITLE FOR THE COMPLETION OF A TITLE SEARCH FOR EACH PROPERTY**
         **A CREDIT REPORT WAS ORDERED AND DEBTOR PAID $30.00 FOR AN INDIVIDUAL REPORT OR $50.00 FOR A JOINT REPORT IN A MARRIED CASE**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 1, 2009**          **/s/ WILLIAM F. JAWORSKI, JR.**
                                             **WILLIAM F. JAWORSKI, JR.**
                                             **LAW OFFICE OF WILLIAM F. JAWORSKI**
                                             **1274 S. Governors Ave.**
                                             **Dover, DE 19904**
                                             **(302) 730-8511   Fax: (302) 730-8510**
                                             **wjaworski@wfjlaw.com**

# United States Bankruptcy Court
## District of Delaware

In re   **Bayview Development LLC**                                                Case No.            

                                               Debtor(s)           Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2.00** | **2009 YTD: Debtor Income reported from Corporation** |
| **$572,174.00** | **2008: Debtor Income reported from Corporation** |
| **$808,409.00** | **2007: Debtor Income reported from Corporation** |

### 2. Income other than from employment or operation of business

**None**
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT       SOURCE

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John Deere Credit**<br>**P.O. Box 5327**<br>**Madison, WI 53705-0327** | **8/20/09** | **repossession of:**<br>**(2) 27C Compact Excavators**<br>**(1) CT322 Skid Steer**<br>**(1) 27D Compact Excavator** |
| **Citizens Auto Finance**<br>**PO Box 850**<br>**Providence, RI 02940** | **8/2009** | **2005 Chevrolet 3500 Pickup** |
| **Western Finance & Lease**<br>**P.O. Box 640**<br>**503 Hwy 2W**<br>**Devils Lake, ND 58301** | **8/2009** | **repossession of:**<br>**(1) Toro Dingo TX425**<br>**(1) Standard Bucket**<br>**(1) Universal Swivel Auger**<br>**(1) 9" Auger**<br>**(1) 30" Auger**<br>**(1) Trench Filler** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **LAW OFFICE OF WILLIAM F. JAWORSKI**<br>**1274 S. Governors Ave.**<br>**Dover, DE 19904** | **various** | **Total paid: $3500.00 (includes costs)** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Albert Brewington Jr.**<br>**140 Houston Ave.**<br>**Millsboro, DE 19966**<br>    **buyer** | **3/13/09** | **Trailer, sold for $500.00** |
| **Robert Dorey**<br>**24109 Cypress Rd.**<br>**Felton, DE 19943**<br>    **buyer** | **3/2009** | **Bobcat 753 Diesel, sold for $5,500.00** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 28417 Dupont Hwy.<br>Millsboro, DE 19966 | same | closed 1/2009 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **M. Kathleen Ott** | **34 Horseshoe Dr.** |
| | **Ocean View, DE 19970** |

| NAME | ADDRESS |
|---|---|
| **ES Gregory & Assoc., LLC** | **19 120th St.**<br>**Ocean City, MD 21842** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                    DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Albert Ott**<br>**34 Horseshoe Dr.**<br>**Ocean View, DE 19970** | **Member** | **50%** |
| **M. Kathleen Ott**<br>**34 Horseshoe Dr.**<br>**Ocean View, DE 19970** | **Member** | **50%** |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 1, 2009**                    Signature    **/s/ M. Kathleen Ott**

                                                            **M. Kathleen Ott**
                                                            **Vice President & Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re  **Bayview Development LLC**                                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  | | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Bayview Development LLC**
_____,  Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash** | - | **138.00** |
| | | **Cash Drawer (Cash)** | - | **200.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Artisans Bank Business Checking** | - | **3,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >   | **3,338.00** |
|---|---|---|
|  | (Total of this page) | |

___2___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Bayview Development LLC** ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **60 Shares of True Value Company Stock (Class A) and 2.107 Shares of True Value Company Stock (Class B)** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 1,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

 

Sub-Total >     **1,000.00**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Bayview Development LLC** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Dodge Ram 2500 ($2,625) 2001 Dodge Ram 2500 ($4,000) 2002 Dodge Ram 2500 ($4,200) | - | 10,825.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 4 Dell Printers | - | 800.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Rental Equipment Inventory | - | 8,578.00 |
| | | various misc. merchandise inventory | - | 3,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 23,203.00 |
| (Total of this page) | |
| Total > | 27,541.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Bayview Development LLC**                         ,    Case No. _____

                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6879450212001651212**<br><br>**Dell Computer Corp**<br>**One Dell Way**<br>**Round Rock, TX 78682** | | - | Purchase money security<br><br>**4 Dell Printers**<br><br>Value $    **800.00** | | | | 3,500.00 | 2,700.00 |
| Account No.<br><br>Representing:<br>**Dell Computer Corp** | | | **Dell Business Credit**<br>**P.O. Box 5272**<br>**Carol Stream, IL 60197-5275**<br><br>Value $ | | | | | |
| Account No.<br><br>**John Huegel**<br>**P.O. Box 202**<br>**Bethany Beach, DE 19930** | | | Loan<br><br>**1999 Dodge Ram 2500 ($2,625)**<br>**2001 Dodge Ram 2500 ($4,000)**<br>**2002 Dodge Ram 2500 ($4,200)**<br><br>Value $    **10,825.00** | | | | Unknown | Unknown |
| Account No. **001-0026615-000**<br><br>**Puget Sound Leasing**<br>**P.O. Box 1295**<br>**Issaquah, WA 98027** | | - | equipment lease to purchase<br><br>**Fax Machine and 4 computer monitors and 4 computers**<br><br>Value $    **1,500.00** | | | | 3,211.28 | 1,711.28 |

   **0**   continuation sheets attached

| | Subtotal<br>(Total of this page) | 6,711.28 | 4,411.28 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 6,711.28 | 4,411.28 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Bayview Development LLC**                                                   , Case No. _____
                                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                             __0__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Bayview Development LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **various** | | | | | security | | | | |
| **ADT Security Services** **PO Box 371967** **Pittsburgh, PA 15250-7967** | - | | | | | | | | 1,037.09 |
| Account No. 3715-506699-61000 | | | | | credit card | | | | |
| **American Express Gold** **P.O. Box 981535** **El Paso, TX 79998** | - | | | | | | | | 17,010.78 |
| Account No. 3715-522175-41003 | | | | | credit card | | | | |
| **American Express Platinum** **PO Box 1270** **Newark, NJ 07101-1270** | - | | | | | | | | 2,505.43 |
| Account No. 2277 M5 | | | | | membership fees | | | | |
| **American Rental Assoc.** **19000  19th Street** **Moline, IL 61265** | - | | | | | | | | 375.00 |
| __14__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 20,928.30 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Bayview Development LLC**                                    ,        Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **120209**  American Tire Distribution P.O. Box 409684 Atlanta, GA 30384-9684 | - | | loan | | | | | 362.16 |
| Account No. **5474-1512-9050-5541**  Bank of America Business Card P.O. Box 15710 Wilmington, DE 19886-5710 | - | | credit card | | | | | 19,302.25 |
| Account No.  Best Places Inc. 9 Bay Breeze Dr. Lewes, DE 19958 | - | | loan | | | | | 311.62 |
| Account No. **159887**  Biljax P.O. Box 635622 Cincinnati, OH 45263-5622 | - | | loan | | | | | 460.73 |
| Account No. **4802-1325-7981-2879**  Capital One P.O. Box 85147 Richmond, VA 23276 | - | | credit card | | | | | 6,277.29 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **26,714.05**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Bayview Development LLC**
_____ ,  Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4246-3151-2351-7946** | | | | | credit card | | | | |
| **Chase Business Card** **Cardmember Service** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | - | | | | | | | 11,087.37 |
| Account No. **4227-3331-0029-0695** | | | | | credit card | | | | |
| **Chase Business Card** **Cardmember Service** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | - | | | | | | | 5,200.00 |
| Account No. **4227-3331-0029-0695** | | | | | credit card | | | | |
| **Chase Business Card** **Cardmember Service** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | - | | | | | | | 9,000.00 |
| Account No. **4122-5100-4106-5825** | | | | | credit card | | | | |
| **Citi Card Business** **PO Box 9095** **Des Moines, IA 50368** | | - | | | | | | | 11,808.73 |
| Account No. **2716992314** | | | | | Deficiency from repossession of 2005 Chevrolet 3500 Pickup | | | | |
| **Citizens Auto Finance** **PO Box 850** **Providence, RI 02940** | | - | | | | | | | 16,540.76 |

Sheet no. __2__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,636.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Bayview Development LLC**                           Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1007709** | | | | deficiency from returned equipment | | | | |
| **Coactiv Capital Partners fka IFC Credit Corp. 655 Business Center Dr. Suite 250 Horsham, PA 19044** | - | | | | | | | **Unknown** |
| Account No. | | | | advertisign | | | | |
| **Commerical Newspaper SErvice 3050 S. National Suite 104 Springfield, MO 65804** | - | | | | | | | **200.00** |
| Account No. **651189** | | | | loan | | | | |
| **CST/Berger P.O. Box 532113 Atlanta, GA 30353** | - | | | | | | | **400.00** |
| Account No. **various accounts** | | | | utility services | | | | |
| **Delmarva Power 800 King Street Wilmington, DE 19899** | - | | | | | | | **2,000.00** |
| Account No. **RENTE** | | | | loan | | | | |
| **Diamond Vantage Inc. P.O. Box 876922 Kansas City, MO 64187-6922** | - | | | | | | | **500.00** |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,100.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Bayview Development LLC** _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6011-3985-5056-9851** <br><br> **Discover Card** <br> **PO Box 15251** <br> **Wilmington, DE 19886-5251** | | - | credit card | | | | 5,424.97 |
| Account No. **6020765504502452** <br><br> **Ditchwitch Platinum Card** <br> **Dept CH 10460** <br> **Palatine, IL 60055-0460** | | - | credit card | | | | 510.00 |
| Account No. <br><br> **FCI Marketing Inc.** <br> **P.O. Box 8577** <br> **Saint Joseph, MO 64508** | | - | loan | | | | 442.65 |
| Account No. **Ren100** <br><br> **G & E Inc** <br> **P.O. Box 930** <br> **Cedar Neck Rd.** <br> **Ocean View, DE 19970** | | - | loan | | | | Unknown |
| Account No. **10763** <br><br> **Husqvarna** <br> **P.O. Box 2774** <br> **Carol Stream, IL 60132-2774** | | - | loan | | | | 1,019.47 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **7,397.09**

In re **Bayview Development LLC**                                                    ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **290000032910** | | | | | advertising | | | | |
| **IDEARC Media Corp** P.O. Box 619810 D/FW Airport, TX 75261-9810 | - | | | | | | | | 758.71 |
| Account No. | | | | | loan | | | | |
| **Interstate Shelter All, LLC** 916 Twyckenham Rd. Media, PA 19063 | - | | | | | | | | 3,460.00 |
| Account No. | | | | | repossession of: (2) 27C Compact Excavators (1) CT322 Skid Steer (1) 27D Compact Excavator | | | | |
| **John Deere Credit** P.O. Box 5327 Madison, WI 53705-0327 | - | | | | | | | | 100,000.00 |
| Account No. | | | | | Loan | | | | |
| **John Huegel** aka A Rental Solution P.O. Box 202 Bethany Beach, DE 19930 | - | | | | | | | | 200,000.00 |
| Account No. **17658-9** | | | | | loan | | | | |
| **Johnson Outdoors Gear LLC** P.O. Box 70403 Chicago, IL 60673-0403 | - | | | | | | | | Unknown |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Subtotal (Total of this page)     304,218.71

In re **Bayview Development LLC**                                    , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **RE6112AA** | | | loan | | | | | |
| **LEPCO** **1475 River Rd.** **P.O Box 466** **Marietta, PA 17547** | - | | | | | | | 320.80 |
| Account No. **51265 & 51265** | | | loan | | | | | |
| **Line Systems Inc.** **1645 W. Chester Pike** **Suite 200** **West Chester, PA 19382-7955** | - | | | | | | | 1,033.92 |
| Account No. **RehobOCEDOV09** | | | advertising | | | | | |
| **Local Book** **701 E. Naylor Mill Rd., Suite J** **Salisbury, MD 21801** | - | | | | | | | 6,301.00 |
| Account No. | | | Clovis & Roche, Inc. P.O. Box 1164 Metairie, LA 70004 | | | | | |
| **Representing:** **Local Book** | | | | | | | | |
| Account No. | | | contract | | | | | |
| **Miranda & Hardt Contracting** **and Building Services, LLC** **59 Atlantic Ave.** **Suite 2** **Ocean View, DE 19970** | - | | | | | | | 168,269.75 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    175,925.47

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Bayview Development LLC**               ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Representing:<br>**Miranda & Hardt Contracting** | | | | **Stephen W. Spence, Esquire**<br>**1200 N. Broom Street**<br>**Wilmington, DE 19806** | | | | |
| Account No.<br><br>**Mitsui Machinery Distribution**<br>**P.O. Box 7**<br>**121 High Hill Rd.**<br>**Swedesboro, NJ 08085** | - | | | **loan** | | | X | 300.00 |
| Account No.<br><br>Representing:<br>**Mitsui Machinery Distribution** | | | | **Continental Bank**<br>**P.O. Box 24759**<br>**Network Place**<br>**Chicago, IL 60673-1247** | | | | |
| Account No.<br><br>**MMD Equipment LLC**<br>**121 High Hill Rd.**<br>**Swedesboro, NJ 08085** | - | | | **loan** | | | | 200.00 |
| Account No.<br><br>**Palmer Manufacturing & Sales Inc**<br>**982 Homestead Circle**<br>**Saint George, UT 84770** | - | | | **loan** | | | | **Unknown** |

Sheet no. __7__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      **500.00**

In re **Bayview Development LLC**                          , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | deficiency from equipment return | | | | |
| Pentech Funding LLC 1410 SW Morrison St. Suite 750 Portland, OR 97205 | - | | | | | | | **Unknown** |
| Account No. **51433-1** | | | | loan | | | | |
| Pep-up Inc. PO Box 556 Georgetown, DE 19947 | - | | | | | | | **500.00** |
| Account No. **RENT96500** | | | | supplies | | | | |
| Ploneer Supply Company 201 NW Outer Rd. P.O. Box 136 Archie, MO 64725-0136 | - | | | | | | | **400.00** |
| Account No. **6031181273247279** | | | | loan | | | | |
| PNC Bank ATTN: Bankruptcy Dept. 2730 Liberty Ave. Pittsburg, PA 15222 | - | | | | | | | **29,576.10** |
| Account No. | | | | loan | | | | |
| Point of Rental Systems 1901 N. State Highway 360 Suite 340 Grand Prairie, TX 75050 | - | | | | | | X | **803.63** |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **31,279.73**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Bayview Development LLC** _____, Case No. _____
_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **137417** | | loan | | | | | | | |
| **Power Flite Division**<br>**3101 Wichita Court**<br>**Fort Worth, TX 76140** | - | | | | | | | | 200.00 |
| Account No. | | loan | | | | | | | |
| **Powernail Company Inc.**<br>**1300 Rose Rd.**<br>**Lake Zurich, IL 60047-1554** | - | | | | | | | | 200.00 |
| Account No. **1-18134000** | | loan | | | | | | | |
| **Racine Industries INC**<br>**1405 Sixteenth ST.**<br>**P.O. Box 1648**<br>**Racine, WI 53401-1648** | - | | | | | | | | 670.00 |
| Account No. **27406** | | loan | | | | | | | |
| **RBI Corporation**<br>**P.O. Box 9318**<br>**Richmond, VA 23227** | - | | | | | | | | 268.96 |
| Account No. **229** | | loan | | | | | | | |
| **RCS Distributing Inc.**<br>**8019 Dorsey Run Rd.**<br>**Jessup, MD 20794** | - | | | | | | | | 400.00 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,738.96

In re   **Bayview Development LLC**                         ,      Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2642-00** <br><br> **Rhino Linings USA** <br> **9151 Rehco Rd.** <br> **San Diego, CA 92121** | | - | loan | | | | 2,347.84 |
| Account No. **xxxx5140** <br><br> **Robert Bosch Tool Corp** <br> **1800 Central Rd.** <br> **Mount Prospect, IL 60056-2230** | | - | loan | | | | 300.00 |
| Account No. <br><br> **Scotts Refrigeration & AC Inc** <br> **32327 Wingate Rd.** <br> **Frankford, DE 19945-9707** | | - | loan | | | | 300.00 |
| Account No. **1002-2395** <br><br> **Stanley Fastening Systems LP** <br> **Box 371929** <br> **Pittsburgh, PA 15251** | | - | loan | | | | Unknown |
| Account No. **9999** <br><br> **State Janitorial Supply** <br> **24 Maggies Way** <br> **Dover, DE 19901** | | - | services | | | | 200.00 |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal      (Total of this page)      **3,147.84**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re   **Bayview Development LLC**                                          ,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | services | | | | |
| **Suburban Propane** P.O. Box 4009 Prince Frederick, MD 20678 | - | | | | | | 1,935.10 |
| Account No. | | | loan | | | | |
| **TechGas Inc.** 22251 Lewes Georgetown Hwy. Georgetown, DE 19947 | - | | | | | | 200.00 |
| Account No. **906** | | | deficiency from returned equipment | | | | |
| **TIPco Technologies Inc** 11412 Cronhill Dr. Owings Mills, MD 21117 | - | | | | | | Unknown |
| Account No. **5928D7134** | | | insurance | | | | |
| **Travelers InterNational Rental** 29 A Technology Drive Suite 100 Irvine, CA 92618-2302 | - | | | | | | Unknown |
| Account No. **17658** | | | loan | | | | |
| **True Value Rental** 203 Jandus Rd. Cary, IL 60013 | - | | | | | | 3,476.70 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       **5,611.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re **Bayview Development LLC** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2075H** | | | | | loan | | | | |
| **Unifund** **11802 Conney Road** **Suite 200** **Cincinnati, OH 45249** | - | | | | | | | | 300.00 |
| Account No. **3025379700 / 3029346600** | | | | | utility service | | | | |
| **Verizon** **P.O. Box 660748** **Dallas, TX 75266-0748** | - | | | | | | | | 500.00 |
| Account No. | | | | | services | | | | |
| **Verizon Online** **P.O. Box 12045** **Trenton, NJ 08650** | - | | | | | | | | 500.00 |
| Account No. **2578** | | | | | loan | | | | |
| **Virginia Abrasives Corp.** **2851 Service Rd.** **Petersburg, VA 23805** | - | | | | | | | | 500.00 |
| Account No. **216367** | | | | | loan | | | | |
| **Wacker Neuson Corp** **Box 88058** **Milwaukee, WI 53288-0058** | - | | | | | | | | 400.00 |

Sheet no. __**12**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               2,200.00

In re **Bayview Development LLC**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **01-0000375** | | | loan | | | | | | |
| Wagman Metal Products Inc. 400 S. Albemarle St. York, PA 17403-2514 | - | | | | | | | | 210.00 |
| Account No. **various** | | | services | | | | | | |
| Washington Gas Energy Services P.O. Box 24475 Cleveland, OH 44124-0475 | - | | | | | | | | 1,508.75 |
| Account No. **RentEquip** | | | loan | | | | | | |
| Weber Machine USA 40 Johnson Ave. Bangor, ME 04401 | - | | | | | | | | 1,828.25 |
| Account No. **4071-1000-1622-8854** | | | credit card | | | | | | |
| Wells Fargo P.O. Box 5943 Sioux Falls, SD 57117 | - | | | | | | | | 7,200.00 |
| Account No. **5474-6488-0224-3842** | | | Line of Credit | | | | | | |
| Wells Fargo Bank PO Box 348750 Sacramento, CA 95834-8750 | - | | | | | | | | 50,000.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **60,747.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Bayview Development LLC** ,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **16292-001 & 16292-002**<br><br>**Western Finance & Lease**<br>**P.O. Box 640**<br>**503 Hwy 2W**<br>**Devils Lake, ND 58301** | - | | repossession of:<br>(1) Toro Dingo TX425<br>(1) Standard Bucket<br>(1) Universal Swivel Auger<br>(1) 9" Auger<br>(1) 30" Auger<br>(1) Trench Filler | | | | **Unknown** |
| Account No. **265274**<br><br>**Yellow Book USA**<br>**Collection Dept.**<br>**2560 Renaissance Blvd.**<br>**King Of Prussia, PA 19406** | - | | advertising | | | | **Unknown** |
| Account No. **A88689**<br><br>**ZEP Manufacturing Co**<br>**6650 C Business Parkway**<br>**Elkridge, MD 21075** | - | | loan | | | | **300.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **300.00** |
| Total<br>(Report on Summary of Schedules) | **697,445.81** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Bayview Development LLC**
,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Coactiv Capital Partners**<br>**fka IFC Credit Corp.**<br>**655 Business Center Dr.**<br>**Suite 250**<br>**Horsham, PA 19044** | **lease for equipment** |
| **Financial Pacific Leasing**<br>**P.O. Box 34935**<br>**Seattle, WA 98124-1935** | **lease for Unilift 538 W-crank and Air Compressor** |
| **K & A  LLC** | **lease for 117 Atlantic Avenue, Oceanview, DE 19970** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Bayview Development LLC**      ,   Case No. _____

                Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Albert & Kathleen Ott<br>34 Horseshoe Drive<br>Ocean View, DE 19970** | **various business debts** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## District of Delaware

In re  **Bayview Development LLC**
_____,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 27,541.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 6,711.28 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 697,445.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 27,541.00 | | |
| Total Liabilities | | | | 704,157.09 | |

.

# United States Bankruptcy Court

## District of Delaware

In re    **Bayview Development LLC**                      ,     Case No. _____

                                           Debtor

Chapter                **7**          

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# United States Bankruptcy Court
## District of Delaware

In re **Bayview Development LLC**                                                    Case No. _____

                                 Debtor(s)                    Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Vice President & Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**25**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 1, 2009**                              Signature   **/s/ M. Kathleen Ott**
                                                    **M. Kathleen Ott**
                                                    **Vice President & Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re  **Bayview Development LLC** _____  Case No. _____

_____  Debtor(s)  Chapter  **7**  _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express Gold**<br>**P.O. Box 981535**<br>**El Paso, TX 79998** | **American Express Gold**<br>**P.O. Box 981535**<br>**El Paso, TX 79998** | **credit card** | | **17,010.78** |
| **American Express Platinum**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | **American Express Platinum**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | **credit card** | | **2,505.43** |
| **Bank of America**<br>**Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | **Bank of America**<br>**Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | **credit card** | | **19,302.25** |
| **Capital One**<br>**P.O. Box 85147**<br>**Richmond, VA 23276** | **Capital One**<br>**P.O. Box 85147**<br>**Richmond, VA 23276** | **credit card** | | **6,277.29** |
| **Chase Business Card**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **Chase Business Card**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **credit card** | | **9,000.00** |
| **Chase Business Card**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **Chase Business Card**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **credit card** | | **5,200.00** |
| **Chase Business Card**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **Chase Business Card**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **credit card** | | **11,087.37** |
| **Citi Card Business**<br>**PO Box 9095**<br>**Des Moines, IA 50368** | **Citi Card Business**<br>**PO Box 9095**<br>**Des Moines, IA 50368** | **credit card** | | **11,808.73** |
| **Citizens Auto Finance**<br>**PO Box 850**<br>**Providence, RI 02940** | **Citizens Auto Finance**<br>**PO Box 850**<br>**Providence, RI 02940** | **Deficiency from repossession of 2005 Chevrolet 3500 Pickup** | | **16,540.76** |
| **Dell Computer Corp**<br>**One Dell Way**<br>**Round Rock, TX 78682** | **Dell Computer Corp**<br>**One Dell Way**<br>**Round Rock, TX 78682** | **4 Dell Printers** | | **3,500.00**<br><br>**(800.00 secured)** |

In re    **Bayview Development LLC**                                                    Case No. _____
                                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Discover Card**<br>**PO Box 15251**<br>**Wilmington, DE 19886-5251** | **Discover Card**<br>**PO Box 15251**<br>**Wilmington, DE 19886-5251** | **credit card** | | **5,424.97** |
| **Interstate Shelter All, LLC**<br>**916 Twyckenham Rd.**<br>**Media, PA 19063** | **Interstate Shelter All, LLC**<br>**916 Twyckenham Rd.**<br>**Media, PA 19063** | **loan** | | **3,460.00** |
| **John Deere Credit**<br>**P.O. Box 5327**<br>**Madison, WI 53705-0327** | **John Deere Credit**<br>**P.O. Box 5327**<br>**Madison, WI 53705-0327** | **repossession of:**<br>**(2) 27C Compact Excavators**<br>**(1) CT322 Skid Steer**<br>**(1) 27D Compact Excavator** | | **100,000.00** |
| **John Huegel**<br>**aka A Rental Solution**<br>**P.O. Box 202**<br>**Bethany Beach, DE 19930** | **John Huegel**<br>**aka A Rental Solution**<br>**P.O. Box 202**<br>**Bethany Beach, DE 19930** | **Loan** | | **200,000.00** |
| **Local Book**<br>**701 E. Naylor Mill Rd., Suite J**<br>**Salisbury, MD 21801** | **Local Book**<br>**701 E. Naylor Mill Rd., Suite J**<br>**Salisbury, MD 21801** | **advertising** | | **6,301.00** |
| **Miranda & Hardt Contracting and Building Services, LLC**<br>**59 Atlantic Ave.**<br>**Suite 2**<br>**Ocean View, DE 19970** | **Miranda & Hardt Contracting and Building Services, LLC**<br>**59 Atlantic Ave.**<br>**Ocean View, DE 19970** | **contract** | | **168,269.75** |
| **PNC Bank**<br>**ATTN: Bankruptcy Dept.**<br>**2730 Liberty Ave.**<br>**Pittsburg, PA 15222** | **PNC Bank**<br>**ATTN: Bankruptcy Dept.**<br>**2730 Liberty Ave.**<br>**Pittsburg, PA 15222** | **loan** | | **29,576.10** |
| **True Value Rental**<br>**203 Jandus Rd.**<br>**Cary, IL 60013** | **True Value Rental**<br>**203 Jandus Rd.**<br>**Cary, IL 60013** | **loan** | | **3,476.70** |
| **Wells Fargo**<br>**P.O. Box 5943**<br>**Sioux Falls, SD 57117** | **Wells Fargo**<br>**P.O. Box 5943**<br>**Sioux Falls, SD 57117** | **credit card** | | **7,200.00** |
| **Wells Fargo Bank**<br>**PO Box 348750**<br>**Sacramento, CA 95834-8750** | **Wells Fargo Bank**<br>**PO Box 348750**<br>**Sacramento, CA 95834-8750** | **Line of Credit** | | **50,000.00** |

In re  **Bayview Development LLC**                                    Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Vice President & Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 1, 2009**            Signature  **/s/ M. Kathleen Ott**
                                              **M. Kathleen Ott**
                                            **Vice President & Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re    **Bayview Development LLC**          Case No. _____

                     Debtor(s)         Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President & Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 1, 2009** _____        **/s/ M. Kathleen Ott** _____

                                          **M. Kathleen Ott**/**Vice President & Member**

                                          Signer/Title

BAYVIEW DEVELOPMENT LLC
117 ATLANTIC AVENUE
OCEAN VIEW, DE 19970

BANK OF AMERICA
BUSINESS CARD
P.O. BOX 15710
WILMINGTON, DE 19886-5710

DELMARVA POWER
800 KING STREET
WILMINGTON, DE 19899

WILLIAM F. JAWORSKI, JR.
LAW OFFICE OF WILLIAM F. JAWORSKI
1274 S. GOVERNORS AVE.
DOVER, DE 19904

BEST PLACES INC.
9 BAY BREEZE DR.
LEWES, DE 19958

DIAMOND VANTAGE INC.
P.O. BOX 876922
KANSAS CITY, MO 64187-6922

DELL COMPUTER CORP
ONE DELL WAY
ROUND ROCK, TX 78682

BILJAX
P.O. BOX 635622
CINCINNATI, OH 45263-5622

DISCOVER CARD
PO BOX 15251
WILMINGTON, DE 19886-5251

JOHN HUEGEL
P.O. BOX 202
BETHANY BEACH, DE 19930

CAPITAL ONE
P.O. BOX 85147
RICHMOND, VA 23276

DITCHWITCH PLATINUM CARD
DEPT CH 10460
PALATINE, IL 60055-0460

PUGET SOUND LEASING
P.O. BOX 1295
ISSAQUAH, WA 98027

CHASE BUSINESS CARD
CARDMEMBER SERVICE
P.O. BOX 15153
WILMINGTON, DE 19886-5153

FCI MARKETING INC.
P.O. BOX 8577
SAINT JOSEPH, MO 64508

ADT SECURITY SERVICES
PO BOX 371967
PITTSBURGH, PA 15250-7967

CITI CARD BUSINESS
PO BOX 9095
DES MOINES, IA 50368

G & E INC
P.O. BOX 930
CEDAR NECK RD.
OCEAN VIEW, DE 19970

AMERICAN EXPRESS GOLD
P.O. BOX 981535
EL PASO, TX 79998

CITIZENS AUTO FINANCE
PO BOX 850
PROVIDENCE, RI 02940

HUSQVARNA
P.O. BOX 2774
CAROL STREAM, IL 60132-2774

AMERICAN EXPRESS PLATINUM
PO BOX 1270
NEWARK, NJ 07101-1270

COACTIV CAPITAL PARTNERS
FKA IFC CREDIT CORP.
655 BUSINESS CENTER DR.
SUITE 250
HORSHAM, PA 19044

IDEARC MEDIA CORP
P.O. BOX 619810
D/FW AIRPORT, TX 75261-9810

AMERICAN RENTAL ASSOC.
19000  19TH STREET
MOLINE, IL 61265

COMMERICAL NEWSPAPER SERVICE
3050 S. NATIONAL
SUITE 104
SPRINGFIELD, MO 65804

INTERSTATE SHELTER ALL, LLC
916 TWYCKENHAM RD.
MEDIA, PA 19063

AMERICAN TIRE DISTRIBUTION
P.O. BOX 409684
ATLANTA, GA 30384-9684

CST/BERGER
P.O. BOX 532113
ATLANTA, GA 30353

JOHN DEERE CREDIT
P.O. BOX 5327
MADISON, WI 53705-0327

JOHN HUEGEL
AKA A RENTAL SOLUTION
P.O. BOX 202
BETHANY BEACH, DE 19930

JOHNSON OUTDOORS GEAR LLC
P.O. BOX 70403
CHICAGO, IL 60673-0403

LEPCO
1475 RIVER RD.
P.O BOX 466
MARIETTA, PA 17547

LINE SYSTEMS INC.
1645 W. CHESTER PIKE
SUITE 200
WEST CHESTER, PA 19382-7955

LOCAL BOOK
701 E. NAYLOR MILL RD., SUITE J
SALISBURY, MD 21801

MIRANDA & HARDT CONTRACTING
AND BUILDING SERVICES, LLC
59 ATLANTIC AVE.
SUITE 2
OCEAN VIEW, DE 19970

MITSUI MACHINERY DISTRIBUTION
P.O. BOX 7
121 HIGH HILL RD.
SWEDESBORO, NJ 08085

MMD EQUIPMENT LLC
121 HIGH HILL RD.
SWEDESBORO, NJ 08085

PALMER MANUFACTURING & SALES INC
982 HOMESTEAD CIRCLE
SAINT GEORGE, UT 84770

PENTECH FUNDING LLC
1410 SW MORRISON ST.
SUITE 750
PORTLAND, OR 97205

PEP-UP INC.
PO BOX 556
GEORGETOWN, DE 19947

PIONEER SUPPLY COMPANY
201 NW OUTER RD.
P.O. BOX 136
ARCHIE, MO 64725-0136

PNC BANK
ATTN: BANKRUPTCY DEPT.
2730 LIBERTY AVE.
PITTSBURG, PA 15222

POINT OF RENTAL SYSTEMS
1901 N. STATE HIGHWAY 360
SUITE 340
GRAND PRAIRIE, TX 75050

POWER FLITE DIVISION
3101 WICHITA COURT
FORT WORTH, TX 76140

POWERNAIL COMPANY INC.
1300 ROSE RD.
LAKE ZURICH, IL 60047-1554

RACINE INDUSTRIES INC
1405 SIXTEENTH ST.
P.O. BOX 1648
RACINE, WI 53401-1648

RBI CORPORATION
P.O. BOX 9318
RICHMOND, VA 23227

RCS DISTRIBUTING INC.
8019 DORSEY RUN RD.
JESSUP, MD 20794

RHINO LININGS USA
9151 REHCO RD.
SAN DIEGO, CA 92121

ROBERT BOSCH TOOL CORP
1800 CENTRAL RD.
MOUNT PROSPECT, IL 60056-2230

SCOTTS REFRIGERATION & AC IN
32327 WINGATE RD.
FRANKFORD, DE 19945-9707

STANLEY FASTENING SYSTEMS L
BOX 371929
PITTSBURGH, PA 15251

STATE JANITORIAL SUPPLY
24 MAGGIES WAY
DOVER, DE 19901

SUBURBAN PROPANE
P.O. BOX 4009
PRINCE FREDERICK, MD 20678

TECHGAS INC.
22251 LEWES GEORGETOWN HWY
GEORGETOWN, DE 19947

TIPCO TECHNOLOGIES INC
11412 CRONHILL DR.
OWINGS MILLS, MD 21117

TRAVELERS
INTERNATIONAL RENTAL
29 A TECHNOLOGY DRIVE
SUITE 100
IRVINE, CA 92618-2302

TRUE VALUE RENTAL
203 JANDUS RD.
CARY, IL 60013

UNIFUND
11802 CONNEY ROAD
SUITE 200
CINCINNATI, OH 45249

| | |
|---|---|
| VERIZON<br>P.O. BOX 660748<br>DALLAS, TX 75266-0748 | YELLOW BOOK USA<br>COLLECTION DEPT.<br>2560 RENAISSANCE BLVD.<br>KING OF PRUSSIA, PA 19406 |
| VERIZON ONLINE<br>P.O. BOX 12045<br>TRENTON, NJ 08650 | ZEP MANUFACTURING CO<br>6650 C BUSINESS PARKWAY<br>ELKRIDGE, MD 21075 |
| VIRGINIA ABRASIVES CORP.<br>2851 SERVICE RD.<br>PETERSBURG, VA 23805 | CLOVIS & ROCHE, INC.<br>P.O. BOX 1164<br>METAIRIE, LA 70004 |
| WACKER NEUSON CORP<br>BOX 88058<br>MILWAUKEE, WI 53288-0058 | CONTINENTAL BANK<br>P.O. BOX 24759<br>NETWORK PLACE<br>CHICAGO, IL 60673-1247 |
| WAGMAN METAL PRODUCTS INC.<br>400 S. ALBEMARLE ST.<br>YORK, PA 17403-2514 | DELL BUSINESS CREDIT<br>P.O. BOX 5272<br>CAROL STREAM, IL 60197-5275 |
| WASHINGTON GAS ENERGY SERVICES<br>P.O. BOX 24475<br>CLEVELAND, OH 44124-0475 | FINANCIAL PACIFIC LEASING<br>P.O. BOX 34935<br>SEATTLE, WA 98124-1935 |
| WEBER MACHINE USA<br>40 JOHNSON AVE.<br>BANGOR, ME 04401 | K & A LLC |
| WELLS FARGO<br>P.O. BOX 5943<br>SIOUX FALLS, SD 57117 | STEPHEN W. SPENCE, ESQUIRE<br>1200 N. BROOM STREET<br>WILMINGTON, DE 19806 |
| WELLS FARGO BANK<br>PO BOX 348750<br>SACRAMENTO, CA 95834-8750 | |
| WESTERN FINANCE & LEASE<br>P.O. BOX 640<br>503 HWY 2W<br>DEVILS LAKE, ND 58301 | |

# United States Bankruptcy Court
### District of Delaware

In re   **Bayview Development LLC**                 Case No. _____

                         Debtor(s)          Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Bayview Development LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 1, 2009** _____

Date

        **/s/ WILLIAM F. JAWORSKI, JR.** _____

        **WILLIAM F. JAWORSKI, JR.**

        Signature of Attorney or Litigant

        Counsel for    **Bayview Development LLC**

        **LAW OFFICE OF WILLIAM F. JAWORSKI**

        **1274 S. Governors Ave.**

        **Dover, DE 19904**

        **(302) 730-8511 Fax:(302) 730-8510**

        **wjaworski@wfjlaw.com**